[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 98-4426
_____

D. C. Docket No. 97-3108-CIV-LENARD

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
03/05/99
THOMAS K. KAHN
CLERK

ERNESTO ALONSO MEJIA RODRIGUEZ,

Petitioner-Appellant,

versus

JANET RENO, as Attorney General of the United States,
and the IMMIGRATION AND NATURALIZATION SERVICE,

Respondents-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(March 5, 1999)**

Before CARNES and HULL, Circuit Judges, and HENDERSON, Senior Circuit Judge.

PER CURIAM:

The Court sua sponte **VACATES** its opinion in the above-styled case, which is currently published at 164 F.3d 575 (11th Cir. 1999). The case is resubmitted to the Court for decision. Petitioner/Appellant's Motion for Rehearing is **DENIED** as **MOOT**.